# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **JOHNNY THOMPSON, JR.** | * | **CIVIL ACTION NO. 3:18-cv-1473** |
| **vs.** | * | **JUDGE TERRY A. DOUGHTY** |
| **JERRY GOODWIN** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and judgment as recommended is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, [doc. # 1], is **DENIED** and **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, this 15th day of April, 2019, in Monroe, Louisiana.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**